**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                              Case No. 8:25-cv-2336-KKM-NHA

UNDETERMINED QUANTITIES
OF UNAUTHORIZED
ELECTRONIC NICOTINE
DELIVERY SYSTEM ENDS
PRODUCTS LOCATED AT
BOUSLIMI HOLDINGS, INC.,
DBA MARATHON FOOD
CENTER LOCATED AT 3101
WEST COLUMBUS DRIVE
TAMPA FLORIDA,

     Defendants.

---

## <u>ORDER</u>

The United States Magistrate Judge recommends granting the United States' motion for default judgment. R. & R. (Doc. 20); Mot. (Doc. 19). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without any objection. Considering the record, the Court adopts the Report and Recommendation.

After conducting a review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and

Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Magistrate Judge's Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 20) is **ADOPTED** and made a part of this Order for all purposes.

2. The United States' Motion for Default Judgment (Doc. 19) is **GRANTED**.

3. Under 21 U.S.C. § 334(a)(2)(E), Rule 55(b)(2) of the Federal Rules of Civil Procedure, and Local Rule 1.10(c), the Defendant Products are **CONDEMNED** and **FORFEITED** to the United States. The government shall destroy the Defendant Products according to 21 U.S.C. § 334(d) and thereafter shall file notice with the Court after

destruction of the Defendant Products. Destruction shall be in a manner that complies with all applicable federal and state laws.

4. The Clerk is directed to **ENTER JUDGMENT** in favor of the United States, and against the Defendant Products, which shall read: "Judgment is entered in favor of the United States, and against the Defendant Products."

5. The Clerk is directed to **CLOSE** this case and **TERMINATE** any pending motions or deadlines.

**ORDERED** in Tampa, Florida, on June 9, 2026.

Kathryn Kimball Mizelle
United States District Judge

3